UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:10-mj-01793-RJ

UNITED STATES OF AMERICA

V.

Mauro, Ana P.

DISMISSAL ORDER

The GOVERNMENT moves for dismissal of the captioned case without prejudice for the following reason: Superseding case filed in error

Offenses:

Category: Misdemeanor

Initial Docket Date:

Submitted on: 5/13/2011

JEREMY D. COHEN
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

This __1__ day of __June__, 2011.

United States Magistrate Judge